UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ACCESS 4 ALL, INC., *et. al.* | : |
| Plaintiffs, | : |
| v. | : Case No. 2: 06 CV 424 |
| | : Judge Smith |
| McNAUGHTEN-WYANDOTTE LP, | : |
| Defendant. | : |

**AGREED DISMISSAL ENTRY**

Now come Plaintiffs, Access 4 All, Inc. and Randy Young and Defendant, McNaughten-Wyandotte Limited Partnership, by and through the undersigned counsel of record, and hereby agree that this case shall be immediately dismissed pursuant to settlement between the parties.  The parties acknowledge that they have entered into a mutually binding settlement agreement between them, and Defendants further acknowledge and agree that this Court shall have jurisdiction to enforce the settlement agreement reached between the parties in the event that Plaintiffs file a Motion to Enforce the same, together with an Affidavit from their lead attorney indicating the reasons for non-compliance pursuant to the settlement agreement.

**IT IS SO ORDERED**

/S/ George C. Smith

United States District Judge

| | |
|---|---|
| /s/ Dimitrios G. Hatzifotinos | /s/ Lawrence A. Fuller |
| William L. Willis (0038537) | Lawrence A. fuller Bar # 75793 |
| Dimitrios G. Hatzifotinos (0077751) | Fuller, Fuller & Associates, P.A. |
| Michael J. Cassone (0077778) | 12000 Biscayne Blvd., Ste 609 |
| WILLIS LAW FIRM LLC | Miami, Fl. 33181 |
| 141 East Town Street, Ste 200 | (305) 891-5199 |
| Columbus, Ohio 43215 | (305) 893-9505 fax |
| (614) 324-0450 | Attorney for Plaintiffs |
| (614) 324-0460 Fax | |
| dhatzifotinos@willislawohio.com | |
| Attorneys for Defendant | |

**Copies To:**

Owen B. Dunn Jr.
520 Madison Ave, Ste 330
Toledo, Ohio 43604

Lawrence A. Fuller
Thomas B. Bacon
120000 Biscayne Blvd., Ste 609
North Miami, Fl. 33181

Dimitrios G. Hatzifotinos
141 East Town Street, Ste 200
Columbus, Ohio 43215